U.S. Department of Justice 
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Pan Ocean Co. Ltd. | 3:18-CV-01152-K |
| DEFENDANT | TYPE OF PROCESS |
| Clearlake Shipping Pte ltd. | Rule B Attachment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ExxonMobil Corporation - Legal Department
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5959 Las Colinas Boulevard, Irving, Texas 75039-2298

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jeremy A. Herschaft
Blank Rome LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please deliver a copy of 1) Verified Original Complaint; 2) Order; 3) Process of Attachment and Garnishment; 4) Cover Letter and Interrogatories to Garnishee.

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 713-632-8653
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 77
District to Serve No. 77
Signature of Authorized USMS Deputy or Clerk
Date: 5/8/18

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
M. Clouthier   Office of the Secretary

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 5/11/18   Time: 12:17 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 14.61  26.8 miles RT | $0.00 | $79.61 | $79.61 | $0.00 |

REMARKS: Process rendered @ listed address

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**Marie A. Clouthier**
Specialist
Office of the Secretary

**ExxonMobil**

**Exxon Mobil Corporation**
5959 Las Colinas Boulevard
Irving, Texas 75039-2298
972 940 6722 Tel
972 444 1204 Fax
marie.a.clouthier@exxonmobil.com